UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL B GOLDBERG,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES CAMERON, et al.,<br><br>    Defendants. | Case No.  5:15-cv-02556-RMW<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING REGARDING MOTION TO REMAND**<br><br>Re: Dkt. No. 19 |

Before the court is Plaintiff Neil Goldberg's motion to remand this case to state court. Goldberg asserts that on May 21, 2015, he filed in state court a request for partial dismissal that dismissed all federal claims from his original complaint. Dkt. No. 19 at 3. He further asserts that on May 22, 2015, he filed an amended complaint in state court omitting all federal claims. *Id.*

The parties' briefs addressed the question of whether Goldberg's amended complaint, which was filed in state court on May 22, 2015 but was never served on Defendants, requires this court to remand the case. The court has taken that question under submission.

At the hearing on August 28, 2015, Goldberg's counsel suggested that his filing of a Request for Dismissal on May 21 (before filing an amended complaint on May 22) provides a separate ground for remand. By **September 8, 2015**, each side shall file a supplemental brief addressing how, if at all, Goldberg's filing of a Request for Dismissal of his federal claims in state court on May 21, 2015 affects the pending motion to remand. The briefs shall not exceed **five**

pages.

**IT IS SO ORDERED.**

Dated: September 1, 2015



Ronald M. Whyte
United States District Judge

2
5:15-cv-02556-RMW
ORDER REQUESTING SUPPLEMENTAL BRIEFING REGARDING MOTION TO REMAND